UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM ERRICO, ET AL., ) | Case No.: C 09-04072 LHK (PSG) |
| ) | |
| Plaintiffs, ) | **ORDER RE PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER** |
| ) | |
| v.  ) | |
| ) | (Docket No. 49) |
| PACIFIC CAPITAL BANK, N.A., ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On February 9, 2011, the parties submitted a confidentiality agreement and stipulated protective order. The court finds it more efficient to direct the parties to use one of the court's model forms of protective order. To the extent the parties wish to propose any deviation from a model form, they should do so by redline. Therefore,

IT IS HEREBY ORDERED that, no later than February 28, 2011, the parties shall submit a revised form of protective order based on one of the court's model forms of protective order available in the "Forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the handling of confidential information shall be governed by the provisions of the court's model

ORDER, *page 1*

1  stipulated protective order for standard litigation.
2       IT IS SO ORDERED.
3  Dated:   February 15, 2011

                                            PAUL S. GREWAL
                                            United States Magistrate Judge

ORDER, *page 2*