UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM ERRICO, ET AL., | Case No.: 09-CV-04072-LHK |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| v. | |
| PACIFIC CAPITAL BANK, N.A., ET AL., | |
| Defendants. | (re: docket #54) |

On March 9, 2011, Plaintiffs filed a motion for leave to file an amended complaint. *See* Dkt. #54. Plaintiffs seek leave to add new, recently discovered, information with respect to their fraud and negligent misrepresentation claims, and seek to add one new cause of action for breach of contract. Plaintiffs' motion is noticed for a hearing on May 19, 2011. The Court finds an expedited briefing schedule appropriate.

Accordingly, Defendants shall file an Opposition, or Statement of Non-opposition, by Friday, March 25, 2011. Plaintiffs shall file a Reply, if any, by Friday, April 2, 2011.

**IT IS SO ORDERED.**

Dated: March 11, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-04072-LHK
ORDER SETTING BRIEFING SCHEDULE