UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM ERRICO, ET AL., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> PACIFIC CAPITAL BANK, N.A., ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 09-CV-04072-LHK <br><br> ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT BY 4:00PM, WEDNESDAY, MAY 11, 2011 |

On or around May 3, 2011, the parties contacted the undersigned's Courtroom Deputy to advise the Court that the parties had reached a settlement in this matter. As of the filing of this Order, however, the parties have not filed a notice of settlement or a stipulation of dismissal. As the parties are aware, Plaintiffs' motion for leave to file an amended complaint is set for hearing on Thursday, May 19, 2011. Absent a stipulation of dismissal or withdrawal of the motion, the May 19, 2011 motion hearing remains as set.

In light of the parties' potential settlement, however, the Court ORDERS the parties to file a joint status report advising the Court of: (1) whether the case has settled; and (2) if so, when the parties will file a stipulation of dismissal. The joint status report is due as soon as practicable but,

//

//

in any event, no later than **4:00 p.m. on Wednesday, May 11, 2011.**

**IT IS SO ORDERED.**

Dated: May 9, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge