**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM ERRICO, ET AL., ) | Case No.: 09-CV-04072-LHK |
| ) | |
| Plaintiffs, ) | ORDER CONTINUING JUNE 22, 2011 |
| v. ) | CASE MANAGEMENT CONFERENCE |
| ) | TO JULY 20, 2011 |
| PACIFIC CAPITAL BANK, N.A., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On June 16, 2011, the Court issued an Order seeking clarification on the status of the parties' settlement. *See* Dkt. #65. On June 20, 2011, the parties filed a Joint Status Report (dkt. #66), notifying the Court that (1) the settlement agreement will be signed by all parties no later than June 27, 2011; (2) the settlement amount will be paid no later than July 7, 2011; and (3) the parties will file a stipulation of dismissal no later than July 13, 2011. In light of these express representations to the Court, the June 22, 2011 case management conference is continued to July 20, 2011 at 2:00 p.m. If, as represented, the parties file their stipulation of dismissal on or before July 13, 2011, the Court will vacate the July 20, 2011 case management conference and close the case. Otherwise, the supplemental case management statement is due by July 13, 2011. As the

//

//

1

Case No.: 09-CV-04072-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  parties' June 20, 2011 Joint Status Report recognizes, the case deadlines remain in effect pending
2  the stipulation of dismissal.  No additional continuances will be granted.
3  **IT IS SO ORDERED.**

5  Dated: June 20, 2011

_____
LUCY H. KOH
United States District Judge