THE DECKARD LAW FIRM
Diane C. Deckard (SBN 99632)
Donald T. Ramsey (SBN 87610)
96 North Third Street, Ste. 350
San Jose, California 95112
Phone: (408) 971-4359
Fax:  (408) 971-4357

Attorneys for Plaintiffs
WILLIAM and LORETTA ANN ERRICO,
as individuals and as trustees of the
William Errico and Loretta Ann Errico
1972 Trust

Frank R. Ubhaus, Esq. (SBN 46085)
Laura Palazzolo, Esq. (SBN 210954)
Berliner Cohen
10 Almaden Blvd., 11th Floor
San Jose, CA 95113
Phone: (408) 286-5800
Fax: (408) 988-5388

Attorneys for Defendants
Pacific Capital Bank, N.A. and Niraj Mahar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM ERRICO, an individual; LORETTA ANN ERRICO, an individual; WILLIAM ERRICO AND LORETTA ANN ERRICO, as Trustees of the William Errico and Loretta Ann Errico 1972 Trust, a California trust,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC CAPITAL BANK, N.A., a national banking association, doing business as First National Bank of Central California; NIRAJ MAHARAJ, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No. C-09-04072 LHK<br><br>ORDER APPROVING<br><br>STIPULATION AND REQUEST OF PLAINTIFFS FOR ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS PACIFIC CAPITAL BANK, N.A. AND NIRAJ MAHARAJ |

STIPULATION AND REQUEST FOR DISMISSAL

WHEREAS Plaintiffs William Errico, an individual; Loretta Ann Errico, an individual; William Errico and Loretta Ann Errico, as Trustees of the William Errico and Loretta Ann Errico 1972 Trust, a California trust ("Errico") have asserted claim against Defendants Pacific Capital Bank, N.A. and Niraj Maharaj ("Pacific");

WHEREAS Pacific has denied all material allegations by Errico and asserted affirmative defenses thereto, and have alleged any affirmative claims against the Erricos; and

WHEREAS Errico and Pacific have agreed to resolve this matter without further litigation;

IT IS HEREBY STIPULATED TO by Errico and Pacific, and REQUESTED of the Court by Errico and Pacific, that the Court enter an Order directing that:

1. All claims that Errico has asserted or asserts against Pacific in the above-captioned action are dismissed with prejudice;

2. All claims that Pacific has asserted or asserts against Errico in the above-captioned action are dismissed with prejudice;

3. Errico and Pacific shall each bear their own fees and costs in this action.

Dated: July 8, 2011

Respectfully submitted,

THE DECKARD LAW FIRM

By _____

Attorneys for Plaintiffs
William and Loretta Ann Errico

STIPULATION AND REQUEST FOR DISMISSAL

1  Dated: July 7, 2011

Respectfully submitted,

BERLINER COHEN

By: _____

Attorneys for Defendants
Pacific Capital Bank, N.A.
and Niraj Maharaj

8  IT IS SO ORDERED

10  Dated: July 11, 2011

_____
United States District Judge